**Wilbert Louis DAVIS, Petitioner–**
**Appellant,**

v.

**Lloyd WATERS, Warden; Attorney**
**General for the State of Maryland,**
**Respondents–Appellees.**

No. 02–7295.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Wilbert Davis, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Wilbert Davis appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal for the reasons stated by the district court. *See Davis v. Waters,* No. CA–02–2428–AW (D. Md. filed Aug. 6, 2002; entered Aug. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*